IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HUDSON INSURANCE COMPANY**             **PLAINTIFF**

v.           **Case No.: 2:21-cv-00053-LPR**

**TRIPLE E CONSTRUCTION, INC.,** *et al.*            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that default judgment is entered against Defendants. Plaintiff is awarded damages in the amount of $262,039.93, plus post-judgment interest in the amount of 0.11%.

IT IS SO ADJUDGED this 22nd day of October 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE